DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IRIS MONROE DIXON,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,** as Trustee for Soundview Home Loan Trust
2007-OPT3, Asset-Backed Certificates, Series 2007-OPT3,
Appellee.

No. 4D15-4872

[January 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 502012CA000255XXXXMBA.

W. Jeffrey Barnes of W.J. Barnes, P.A., Boca Raton (withdrew after briefing), for appellant.

Kimberly S. Mello and Julie A. Girard of Greenberg Traurig, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***